# UNITED STATES DISTRICT COURT

## Northern District of California

JUDITH SCRASE,

        Plaintiff(s),

  v.

JOHN VAUGHN,

        Defendant(s).
_____/

No. C 10-02191 MEJ

**ORDER OF REFERRAL**

    Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable William Alsup for the purpose of considering whether it is related to the following case: C 10-1768 WHA, Scrase v. Vaughn.

**IT IS SO ORDERED.**

Dated: June 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge