United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH SCRASE,

      Plaintiff,

  v.

JOHN VAUGHN,

      Defendant.
                                  /

No. C 10-1768 WHA (PR)

**ORDER DENYING MOTION TO RELATE**

This case was dismissed and has been closed since May 6, 2010. The motion to relate case number C 10-5257 JSW (PR) to this case (docket number 10) is **DENIED**.

**IT IS SO ORDERED.**

Dated: February __7__, 2011.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\SCRASE1768.REL2.wpd